No. 2943.—PUEBLO, apdo., *v.* SEGARRA, JR., aplte.—C. D. Aguadilla. Escalamiento en primer grado. Nov. 15, 1926. Aprobada la transcripción de la evidencia presentada para esta apelación.

No. 2944.—PUEBLO, apdo., *v.* ESTEVES, aplte.—C. D. Aguadilla. Infracción ordenanza municipal. Nov. 15, 1926. De acuerdo con los antecedentes del caso, fué aprobada la exposición del caso presentada para la apelación.

No. 2940.—PUEBLO, apdo., *v.* JUARBE, aplte.—C. D. Aguadilla. Violación. Nov. 15, 1926.

POR CUANTO de acuerdo con el artículo 298 del Código de Enjuiciamiento Criminal, esta corte tiene facultad para aprobar un pliego de excepciones;

POR CUANTO el apelante ha obtenido una transcripción de la evidencia de conformidad con la Ley No. 4 de 1925, leyes de ese año, página 109;

POR CUANTO el juez sentenciador falleció antes de ser aprobada la transcripción de la evidencia;

POR CUANTO la transcripción está certificada por el taquígrafo oficial;

POR CUANTO el fiscal informó en el acto de la vista que no tenía objeción alguna que hacer a la aprobación de la transcripción de la evidencia;

POR TANTO, en virtud de nuestro poder judicial general y también, por analogía del artículo 298 del Código de Enjuiciamiento Criminal, se aprueba la dicha transcripción de la evidencia.

El Juez Asociado Sr. Hutchison no intervino.